IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:15-CV-62340-BLOOM

**FRANCOIS PAUL,**

        **Plaintiff,**

-v-

**SANTANDER CONSUMER USA, INC.,**

        **Defendant.**

_____/

## JOINT STIPULATION TO ARBITRATE

    Plaintiff Francois Paul ("Plaintiff") and defendant Santander Consumer USA, Inc. ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby submit this joint stipulation to arbitrate and dismiss the case, stating as follows:

    1.    Plaintiff commenced this action by filing a complaint against Defendant on or about November 5, 2015. [*See* Doc. 1, Compl.]

    2.    The Parties have since agreed to arbitrate all of the claims in this case pursuant to a written arbitration agreement.

    3.    The Parties therefore respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "A," which orders that all of the claims in this lawsuit be submitted to final, binding arbitration and that this lawsuit be dismissed.

    WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "A."

26270129 v1

Respectfully submitted this 21st day of December, 2015.

| | |
|---|---|
| *s/ Yechezkel Rodal* | *s/ R. Frank Springfield* |
| Kevin L. Lewis (FL Bar #101124) | R. Frank Springfield (FL Bar # 0010871) |
| Yechezkel Rodal (FL Bar #91210) | BURR & FORMAN LLP |
| Loan Lawyers, LLC | Las Olas Centre II |
| 2150 S. Andrews Ave., 2nd Floor | 350 East Las Olas Boulevard, Suite 850 |
| Ft. Lauderdale, FL  33316 | Ft. Lauderdale, FL 33301 |
| Telephone:  (954) 523-4357 | Telephone:  (954) 414-6200 |
| Facsimile: (954) 581-2786 | Facsimile: (954) 414-6201 |
| kevin@floridaloanlawyers.com | fspringf@burr.com |
| chezky@floridaloanlawyers.com | |
| | Attorney for Defendant |
| Attorneys for Plaintiff | SANTANDER CONSUMER USA, INC. |
| FRANCOIS PAUL | |