UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CIV-62340-BLOOM/Valle

FRANCOIS PAUL

    Plaintiff,
v.

SANTANDER CONSUMER USA, INC.

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon the parties' Joint Stipulation to Arbitrate, ECF No. [9], indicating that the parties have agreed to arbitrate all of the claims in this case pursuant to written arbitration agreement. The Court having considered the Stipulation, and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that the parties' Stipulation, **ECF No. [9]**, is **APPROVED AND ADOPTED**, and the above-styled case is hereby **DISMISSED**. All of claims in this lawsuit shall be submitted to final, binding arbitration. Each party is to bear its own attorneys' fees and costs. The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Miami, Florida, this 21st day of December, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record